# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| HOWARD NEAL, JR., <br> ADC # 140637 <br>         Petitioner, <br> v. <br><br> RAY HOBBS, Director, <br> Arkansas Department of Correction <br><br>         Respondent. | * <br> * <br> * <br> * <br> *   No. 5:13CV00105-JLH-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Petitioner's § 2254 petition (Doc. No. 2) is DISMISSED and the requested relief is DENIED; and

2. A certificate of appealability is DENIED.

DATED this 15th day of November, 2013.

                                                     _____
                                                     J. LEON HOLMES
                                                     UNITED STATES DISTRICT JUDGE